

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-96,938-01

### EX PARTE JEFFREY KOLE MCCORMICK, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 59578-C-1 IN THE 30TH DISTRICT COURT WICHITA COUNTY

*Per curiam*.

## O P I N I O N

Applicant was convicted of three counts of indecency with a child by contact and one count of indecency with a child by exposure. He was sentenced to three twenty-year terms of imprisonment and one ten-year term of imprisonment, respectively. He filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07. We remanded this application as prematurely forwarded. On remand, the trial court entered findings of fact and conclusions of law. We have now reviewed the record after remand.

Applicant contends that he was denied his right to an appeal because appellate counsel was not timely notified of his appointment. The trial court has determined that Applicant is entitled to

an out-of-time appeal due to a breakdown in the system. Applicant desired to appeal his conviction and sentence but was denied the right to appeal through no fault of his own.

Relief is granted. *Ex parte Riley,* 193 S.W.3d 900, 902 (Tex. Crim. App. 2006). Applicant may file an out-of-time appeal of his conviction in cause number 59,578 from the 30th District Court of Wichita County. It appears that Applicant is represented by counsel. If Applicant is not represented by counsel, then within ten days from the date of this Court's mandate, the trial court shall determine whether Applicant is indigent. If Applicant is indigent and wants to be represented by counsel, the trial court shall appoint counsel to represent him on direct appeal. Should Applicant decide to appeal, he must file a written notice of appeal in the trial court within thirty days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: October 23, 2025
Do not publish